# NO. 12-23-00207-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *GATHA DODSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Gatha Dodson filed this original proceeding to challenge Respondent's decision to quash a deposition and deny her motion to compel production of documents.[1] On September 13, 2023, this Court conditionally granted the petition in part and directed Respondent to vacate the portion of his June 20, 2023, order granting Real Party in Interest Brookshire Grocery Company's motion to quash the deposition of Wayne Blauert. By an order signed on September 19, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** the petition for writ of mandamus as ***moot***.

Opinion delivered September 29, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Austin R. Jackson, Judge of the 114th District Court in Smith County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 29, 2023**

**NO. 12-23-00207-CV**

**GATHA DODSON,**
Relator
V.

**HON. JUDGE AUSTIN R. JACKSON,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Gatha Dodson; who is the relator in appellate cause number 12-23-00207-CV and plaintiff in trial court cause number 23-0127-B, pending on the docket of the 114th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on August 15, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*